UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

JOHNNY WAYNE MCCLOUD                                               PLAINTIFF

VERSUS                                          CIVIL ACTION NO. 1:08CV581-RHW

DAVID ALLISON                                                      DEFENDANT

## FINAL JUDGMENT

In accordance with the requirement for the filing of a separate document pursuant to Federal Rule of Civil Procedure 58(a), and based on the reasons set forth in the Memorandum Opinion and Order entered by this Court, the Court hereby enters its Final Judgment in the above-captioned matter.

It is ordered that the Plaintiff's claims against the Defendant are DISMISSED with prejudice.

SO ORDERED, this the 30th day of September, 2009.

                                                       s/ *Robert H. Walker*
                                                       UNITED STATES MAGISTRATE JUDGE